

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00294-CR

MIRANDA LOUISE MCPHERSON                                          APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

-----------

FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Withdrawal Of Notice Of Appeal Pursuant To Texas Rule Of Appellate Procedure 42.2(a)." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: September 9, 2010

---

[1]*See* Tex. R. App. P. 47.4.